Submitted on record and briefs April 1, affirmed May 25, petition for review denied October 20, 2005 (339 Or 450)

TERRY D. McCLANAHAN,
*Appellant,*

*v.*

Jean HILL,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

CV00-0145; A112913

112 P3d 456

Terry D. McClanahan filed the briefs *pro se* for petitioner.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Daniel J. Casey, Assistant Attorney General, filed the briefs for respondent.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

**PER CURIAM**

Petitioner appeals from the post-conviction court's denial of his petition for post-conviction relief, making several arguments in his appellate brief. We reject those arguments without discussion. Petitioner also has filed a supplemental brief in which he asserts that the stipulated departure sentence on his conviction for first-degree manslaughter is unconstitutional under *Blakely v. Washington*, 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004), and *Apprendi v. New Jersey*, 530 US 466, 120 S Ct 2348, 147 L Ed 2d 435 (2000).

We reject petitioner's argument because the principles announced by the Court in *Blakely* and *Apprendi* do not apply retroactively in a collateral proceeding such as this one. *Page v. Palmateer*, 336 Or 379, 84 P3d 133, *cert den,* ____ US ____ , 125 S Ct 205 (2004); *Makinson v. Lampert*, 199 Or App 418, 112 P3d 365 (2005); *see also Schriro v. Summerlin*, 542 US 348, 124 S Ct 2519, 159 L Ed 2d 442 (2004) (jury trial right set forth in *Apprendi* does not apply retroactively in collateral proceedings).

Affirmed.